# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF
JEFFREY A. DICKERSON, BAR NO.
2690

No. 81492

FILED

SEP 21 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK

## ORDER IMPOSING RECIPROCAL DISCIPLINE

This is a petition under SCR 114 to reciprocally discipline attorney Jeffrey A. Dickerson, based on his public reprimand in the U.S. District Court for the District of Nevada for violating the equivalent of RPC 5.5 (unauthorized practice of law) by practicing law in federal district court while he was suspended from doing so. Dickerson has not responded to the SCR 114 petition.

According to the public reprimand order by the United States District Court, Dickerson engaged in the substantive practice of law in a civil rights matter between December 2016 and May 2018, even though the U.S. District Court suspended him from federal practice in 2014, and he has not been reinstated to practice in that jurisdiction. Under SCR 114(4), this court must impose identical reciprocal discipline unless the attorney demonstrates or this court determines that (1) the other jurisdiction failed to provide adequate notice, (2) the other jurisdiction imposed discipline despite a lack of proof of misconduct, or (3) the established misconduct warrants substantially different discipline in this jurisdiction. None of those exceptions apply here, and "[i]n all other respects, a final adjudication in another jurisdiction that an attorney has been guilty of misconduct

20-34555

conclusively establishes the misconduct for the purposes of a disciplinary proceeding in this state." SCR 114(5). Accordingly, we grant the petition for reciprocal discipline and hereby publicly reprimand Jeffrey Dickerson for his unauthorized practice of law in federal district court.

It is so ORDERED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc:    Bar Counsel, State Bar of Nevada
        Jeffrey A. Dickerson
        Executive Director, State Bar of Nevada

SUPREME COURT
OF
NEVADA

(O) 1947A